IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

vs.                                         Case No. 5:19-cr-57-TKW/MJF

MIGUEL ANGEL GUZMAN PAREDES

_____

### ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the magistrate judge's Report and Recommendation (Doc. 22), to which there have been no timely objections, and subject to the Court's consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11, Defendant's plea of guilty to Count I of the Information is hereby **ACCEPTED**. All parties shall appear before the Court for sentencing as directed.

**DONE and ORDERED** this 24th day of September, 2019.

*T. Kent Wetherell, II*
_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**